IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER SANDERS, SR.,      )
                                        )

          Plaintiff,          )
                                          )

     v.                   )   Civil Action No. 2:17cv819-WHA
                                          )           [WO]

UNITED STATES OF AMERICA, *et al.*,   )
                                          )

          Defendants.       )

## ORDER

On December 8, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the court's orders.

It is further ORDERED that Plaintiff's motion to appoint counsel (*see* Doc. # 1 at 4) is DENIED.

A final judgment will be entered separately.

DONE this 21st day of February, 2018.


   /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE